

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-19-00159-CR

Alfred **CASAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0358-CR-C
Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. FAM. CODE ANN. § 54.051(e), (g) (transfer to adult community supervision); *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision.").

It is so **ORDERED** on June 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court